NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CREATIVE COMPOUNDS, LLC,**
*Plaintiff-Appellant,*

v.

**STARMARK LABORATORIES,**
*Defendant-Appellee.*

---

2010-1445

---

Appeal from the United States District Court for the Southern District of Florida in case no. 07-CV-22814, Judge Alan S. Gold.

---

**ON MOTION**

---

**ORDER**

Creative Compounds, LLC moves for leave to file a corresponding brief on CD-ROM.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

SEP 1 0 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Matthew A. Rosenberg, Esq.
Frederick A. Tecce, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 1 0 2010

JAN HORBALY
CLERK